IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CHARLES J. WEISS,<br><br>　　　　　　Defendant. | CRIMINAL ACTION<br>NO. 19-502 |

### ORDER

**AND NOW**, this 21st day of May 2020, upon consideration of the Joint Stipulation of Facts for Summary Judgment (Doc. No. 14), Defendant's Motion for Summary Judgment (Doc. No. 17), the Government's Cross-Motion for Partial Summary Judgment and Response to Defendant's Motion for Summary Judgment (Doc. No. 19), Defendant's Response in Opposition to the Government's Cross-Motion for Partial Summary Judgment (Doc. Nos. 21, 22), the Government's Reply (Doc. No. 28), the arguments made by counsel for the parties at the hearing held on January 14, 2020 (Doc. No. 29), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. The Government's Cross-Motion for Partial Summary Judgment (Doc. No. 19) is **GRANTED**. Accordingly, the above-captioned case was timely brought by the Government and may proceed.

2. Defendant's Motion for Summary Judgment (Doc. No. 17) is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.