IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

              Plaintiff,

   v.

CHARLES J. WEISS,

              Defendant.

CIVIL ACTION
NO. 19-502

## ORDER

**AND NOW**, this 1st day of February 2021, upon consideration of the Government's Motion for Summary Judgment (Doc. No. 45), Defendant's Response in Opposition (Doc. No. 48), the Government's Reply (Doc. No. 49), the Opinion and Order of the Court dated May 21, 2020 (Doc. Nos. 31-32), the Order dated August 20, 2020 (Doc. No. 37), and in accordance with the Opinion of the Court issued this date, it is **ORDERED** that the Government's Motion for Summary Judgment (Doc. No. 45) is **GRANTED**. The Clerk of Court shall mark this case closed.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.